

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00408-CR

Armando Garcia **VILLEGAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 4, Bexar County, Texas
Trial Court No. 365296
Honorable Jason Garrahan, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED October 7, 2015.

_____
Rebeca C. Martinez, Justice